1  NICOLE A. DILLER, SBN 154842
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market, Spear Street Tower
   San Francisco, California 94105-1126
3  Telephone:  (415) 442-1000
   Facsimile:   (415) 442-1001
4  ndiller@morganlewis.com

5  Attorneys for Plaintiff
   GENENTECH, INC.

**GRANTED**
/s/ Susan Illston
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., as Plan Administrator of The Genentech, Inc. Tax Reduction Investment Plan,<br><br>Plaintiff,<br><br>v.<br><br>KINFONG SIT, MEE WAI CHIU, and AYUMI NAKAMOTO,<br><br>Defendants. | Case No. 3:12-cv-05077-SI<br><br>(Related Case No. 3:12-cv-04864-SI)<br><br>**STIPULATION OF DISMISSAL OF INTERPLEADER ACTION WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Genentech, Inc. and Defendants Kinfong Sit, Mee Wai Chiu and Ayumi Nakamoto, by their respective counsel, having already stipulated to dismissal of the entire action (including the Sit Action, Case No. 3:12-cv-05077-SI) (Dkt. No. 71), further specifically stipulate and agree to dismiss the Interpleader Action (Case No. 3:12-cv-04864-SI) with prejudice, with each party to bear its own costs and attorneys' fees.

    IT IS SO STIPULATED

Dated: June 13, 2013

                                    /s/ Nicole A. Diller
                              Nicole A. Diller, SBN 154842
                              MORGAN, LEWIS & BOCKIUS LLP
                              Attorneys for Plaintiff
                              GENENTECH, INC.

Dated: June 13, 2013         /s/ Wendell H. Goddard
                             Wendell H. Goddard, SBN 65944
                             GODDARD LAW OFFICES
                             Attorneys for Defendants
                             KINFONG SIT and MEE WAI CHIU


Dated: June 13, 2013         /s/ Suzan Yee
                             Suzan Yee, SBN 88418
                             TSAO-WU, CHOW & YEE LLP
                             Attorneys for Defendant
                             AYUMI NAKAMOTO


## ATTESTATION

I, Nicole A. Diller, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Wendell H. Goddard and Susan Yee concurred in this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of June 2013, at San Francisco, CA.

                             /s/ Nicole A. Diller
                             Nicole A. Diller