**GRANTED**

/s/ Susan Illston
Judge Susan Illston

| | |
|---|---|
| 1 | NICOLE A. DILLER, SBN 154842 |
| 2 | MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower |
| 3 | San Francisco, California 94105-1126<br>Telephone: (415) 442-1000 |
| 4 | Facsimile: (415) 442-1001<br>ndiller@morganlewis.com |
| 5 | Attorneys for Plaintiff |
| 6 | GENENTECH, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., as Plan Administrator of The Genentech, Inc. Tax Reduction Investment Plan,<br><br>Plaintiff,<br><br>v.<br><br>KINFONG SIT, MEE WAI CHIU, and AYUMI NAKAMOTO,<br><br>Defendants. | Case No. 3:12-cv-05077-SI<br><br>(Related Case No. 3:12-cv-04864-SI)<br><br>**STIPULATION OF DISMISSAL OF INTERPLEADER ACTION WITH PREJUDICE**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Genentech, Inc. and Defendants Kinfong Sit, Mee Wai Chiu and Ayumi Nakamoto, by their respective counsel, having already stipulated to dismissal of the entire action (including the Sit Action, Case No. 3:12-cv-05077-SI) (Dkt. No. 71), further specifically stipulate and agree to dismiss the Interpleader Action (Case No. 3:12-cv-04864-SI) with prejudice, with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED

Dated: June 13, 2013

/s/ Nicole A. Diller
Nicole A. Diller, SBN 154842
MORGAN, LEWIS & BOCKIUS LLP
Attorneys for Plaintiff
GENENTECH, INC.

| | | |
|---|---|---|
| 1 | Dated: June 13, 2013 | /s/ Wendell H. Goddard |
| 2 | | Wendell H. Goddard, SBN 65944<br>GODDARD LAW OFFICES<br>Attorneys for Defendants |
| 3 | | KINFONG SIT and MEE WAI CHIU |
| 4 | | |
| 5 | Dated: June 13, 2013 | /s/ Suzan Yee |
| 6 | | Suzan Yee, SBN 88418<br>TSAO-WU, CHOW & YEE LLP<br>Attorneys for Defendant |
| 7 | | AYUMI NAKAMOTO |

## ATTESTATION

I, Nicole A. Diller, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Wendell H. Goddard and Susan Yee concurred in this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of June 2013, at San Francisco, CA.

/s/ Nicole A. Diller
Nicole A. Diller